IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DAVID KELLER                                                    PLAINTIFF


         v.                          CIVIL NO. 11-6029


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

### J U D G M E N T

        For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 17th day of July, 2012.




                                        /s/ *Erin L. Setser*
                                        _____
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE